**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Raymond B. Andrews,

Civil No. ~~01~~ 00-1999 DWF/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

Temple Inland Mortgage Corp.,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

Discovery in this matter will be conducted in two phases. The first phase will be limited to class certification issues. Following the Court's issuance of an order on class certification, the parties shall promptly contact the Court for the purpose of obtaining a scheduling order pertaining to the remainder of the case. A new Rule 26(f) report will be required. With respect to class certification issues, discovery shall be conducted pursuant to the following provisions:

1. Discovery shall be commenced in time to be completed by March 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before November 20, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before February 1, 2002.

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

b. By Defendant(s) on or before March 1, 2002.

4. No more than 30 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

5. No more than 6 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 1 expert deposition.

Class Certification Motion

Plaintiff's motion seeking class certification shall be served on or before March 10, 2002. Defendant's motion or response in opposition to class certification shall be served on or before April 10, 2002. Plaintiff reply shall be due on or before April 20, 2002.

Dated: 11/16/01

Arthur J. Boylan
United States Magistrate Judge