421464

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00-1999 DWF/AJB Case Title: Raymond D. Andrews individually, and on behalf of all others similarly situated v. Temple Inland Mortgage Corp.

**Affidavit of Movant**

I, Paul B. Kohls, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Donald C Brown Jr, an attorney admitted to practice in the US District Ct District of Columbia, but not admitted to the bar of this court, who will be counsel ~~for the plaintiff, defendant~~ defendant in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all ~~papers served~~.

[signature] Signature | 295243 MN Attorney License # | 1-10-02 Date

**Affidavit of Proposed Admittee**

I, Donald C Brown Jr., am currently a member in good standing of the U.S. District Court for the ________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, ~~and must~~ accept service of all papers served.

Donald C. Brown Jr. Type/Print Name | [signature] Signature | 1-9-02 Date

Attorney License Number: 432695 (USDC - DC)

Law Firm Name & Address: Weiner Brodsky Sidman Kider PC
1300 Nineteenth Street NW, Fifth Floor
Washington, DC 20036-1609

Telephone: ( ) (202) 628-2000

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JAN 14 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________