ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| RAYMOND D. ANDREWS individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>TEMPLE INLAND MORTGAGE CORP.<br><br>Defendant | ) | COURT FILE NO. CR 00-1999 DWF/AJB |

**STIPULATED ORDER EXTENDING TIME TO FILE REPLY BRIEF**

Plaintiff and Defendant in the above-referenced matter hereby stipulate to a fourteen (14) day extension of time for which Plaintiffs may serve and file his reply brief in further support of his Motion for Class Certification. Under the current Scheduling Order, the Reply Brief is due to be served and filed on April 20, 2002. The new deadline is May 6, 2002. The basis for the extension is the personal circumstances of Plaintiff's counsel.

Dated: April 12, 2002

Barry G. Reed MN #90056
Hart L. Robinovitch MN #240515
ZIMMERMAN REED P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400 - telephone
(612) 341-0844 - facsimile

APR 19 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
(480) 348-6400 - telephone
(480) 348-6415 - facsimile

**Attorneys for Plaintiff Ray Andrews**

Dated: April 12, 2002

Mitch Kider
Don Brown
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, NW
Fifth Floor
Washington, D.C. 20036

James Forman,
Paul Kohls
RIDER BENNETT EGAN
AND ARUNDEL, LLP
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

**Attorneys for Defendant**

**IT IS SO ORDERED.**

Dated: 4/19/02