**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Raymond Andrews, suing as Raymond D. Andrews, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Temple Inland Mortgage Corporation,

Defendant.

Civil No. 00-1999 (DWF/AJB)

**ORDER**

---

J. Gordon Rudd, Jr., Esq., and Hart L. Robinovitch, Esq., Zimmerman Reed, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402-4123; and Barry G. Reed, Esq., Zimmerman Reed, 14646 North Kierland Boulevard, Suite 145, Scottsdale, AZ 85254, counsel for Plaintiff.

James L. Forman, Esq., and Paul B. Kohls, Esq., Rider Bennett, 2000 Metro Center, 333 South Seventh Street, Minneapolis, MN 55402; and Mitchel H. Kider, Esq., Leah Schmulewitz Getlan, Esq., and Donald C. Brown, Jr., Esq., Weiner Brodsky Sidman & Kider, 1300 19th Street N.W., Fifth Floor, Washington, DC 20036, counsel for Defendant.

---

Plaintiff's Motion to Reopen Case and to Extend Time (Doc. No. ___) is hereby **GRANTED**.

**IT IS ORDERED** that the Court shall retain jurisdiction over this matter and allow either party to move to reopen the case for good cause or to enforce the settlement until March 5, 2004.

Dated: February 4, 2004

DONOVAN W. FRANK
Judge of United States District Court

FILED FEB 0 4 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______